William L. Johnson, Respondent, v. The Wellington Copper Mining Company, Appellant, Impleaded with Victoria Chief Copper Mining and Smelting Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application for the Revocation of Letters of Administration of the Goods, Chattels and Credits of Robert J. Fitzgerald, Deceased. David A. Fitzgerald, Appellant; Katherine Fitzgerald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

New York Electrical Workers' Union, Appellant, v. Solomon Davis, as President of the Electrical Contractors' Association, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Peter Stoopack and Benjamin Kirschner, Respondents, v. Anna Dworkowitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of William Hahn, Appellant, for a Summary Review of the Action of John T. Dooling and Others, Composing the Board of Elections of the City of New York, and Being Custodians of the Primary Records in and for the Said City, Respondents, in Declaring the Election of Charles B. Page as "Executive Member and Member of the Republican County Committee" from the Thirteenth Assembly District in the County of New York. Charles B. Page, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George Ringler & Company, Appellant, v. Henry Mohl, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Thomas Krekeler, Appellant, v. Edmond J. Butler, as Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William A. Camp and William S. Clark, Respondents, v. Isaac Heidenheimer, Jr., and Louis Strassburger, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mexico Onyx Quarry Company, Respondent, v. David J. Kelley, Appellant. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mexico Onyx Quarry Company, Respondent, v. David J. Kelley, Appellant. (No. 2.) — Order reversed, with ten dollars costs and disbursements, and discovery ordered as prayed for in petition, with ten dollars costs. No opinion. Settle order on notice.

Ernest Harvier, Respondent, v. Bernard J. Douras, Appellant (2 cases).— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Mary G. Boeck, Respondent, v. Alfred H. Smith and Harrison B. Smith, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Blanche L. Andrews, an Incompetent Person. Constant A. Andrews, Individually and as Committee of the Person of Blanche L. Andrews, an Incompetent Person, Appellant; Nannie V. Roosevelt and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.